1  Elizabeth L. Kolar, Esq. SBN 168935
   Elizabeth@kolarandassociates.com
2  Tami S. Crosby, Esq. SBN 129021
3  tami@kolarandassociates.com
   **KOLAR & ASSOCIATES,**
4  **A LAW CORPORATION**
   12241 Newport Avenue
5  Santa Ana, California 92705
6  Tel   :   (714) 544-0041
   Fax   :   (714) 544-0051
7
8  Attorneys for Defendant,
   **SBC LLC DBA J M COIN LAUNDRY**
9

10              **UNITED STATES DISTRICT COURT**

11    **CENTRAL DISTRICT OF CALIFORNIA - FIRST STREET FEDERAL**

12                          **COURTHOUSE**

13  KYU HWA BACK,                        )  Case No.:  2:19-CV-05895-CJC-JPR
                Plaintiff,               )
14                                       )  **NOTICE OF JOINT MOTION TO**
                                         )  **EXTEND TIME FOR SBC LLC DBA J**
15      vs.                              )  **M COIN LAUNDRY TO RESPOND**
                                         )  **TO INITIAL COMPLAINT**
16                                       )
    SBC LLC D/B/A J M COIN LAUNDRY;  )
17  and DOES 1 through 10,               )  Complaint Filed:      07/09/2019
                                         )
18                                       )
                Defendants.             )
19  _____ )

20

21            **JOINT MOTION TO EXTEND TIME TO**

22            **RESPOND TO INITIAL COMPLAINT**

23        Plaintiff, KYU HWA BACK ("Plaintiff"), and Defendant, SBC LLC dba J M

24  COIN LAUNDRY ("SBC") jointly move to extend the time for SBC to respond to the

25  initial complaint to December 30, 2019.

26  / / /

27  / / /

28  / / /

                          - 1 -

1         Good cause supports the parties' joint request for a continuance to move.   The

2    parties have reached a settlement in concept, and are in the process of executing that

3    agreement.   Successfully resolving this matter at the pleading stage promotes judicial

4    economy by allowing the Court to focus its scarce resources on other matters.   The

5    proposed length of the continuance reflects the time needed to complete the execution

6    and satisfy certain of its terms.

7

8                                     Respectfully Submitted,

9    DATED: December 17, 2019          **KOLAR & ASSOCIATES,**
                                           **A LAW CORPORATION**

10

11                                    By: _ /s/ *Tami S. Crosby*_____
                                 Elizabeth L. Kolar, Esq.

12                                    Tami S. Crosby, Esq.
                                 Attorneys for Defendant,

13                                    **SBC LLC DBA J M COIN LAUNDRY**

14

15   DATED: December 17, 2019          **SO. CAL. EQUAL ACCESS GROUP**

16                                    By: */s/ Jason J. Kim*_____
                                 Jason J. Kim, Esq.

17                                    Jason Yoon, Esq.
                                 Attorneys for Plaintiff,

18                                    **KYU HWA BACK**

19   F:\ABACUSLAW\DOCS\MIS-19146\P-2019_11_11.STIP TO EXTEND TIME TO RESPOND TO COMPLAINT.DOCX

20

21

22

23

24

25

26

27

28

1

## SIGNATURE ATTESTATION

2

3

I hereby attest that all signatories listed above, on whose behalf this stipulation is

submitted, concur in the filing's content and have authorized the filing.

4

Dated: December 17, 2019

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KOLAR & ASSOCIATES,**
**A LAW CORPORATION**

By: _/s/ Tami S. Crosby_____
Elizabeth L. Kolar, Esq.
Tami S. Crosby, Esq.
Attorneys for Defendant,
**SBC LLC DBA J M COIN LAUNDRY**

**PROOF OF SERVICE**
File No. MIS-19146

## CERTIFICATE OF SERVICE

I, Susana Mercado, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 12241 Newport Avenue, Santa Ana, CA 92705.

On December 17, 2019, I served the foregoing document described as:

## NOTICE OF JOINT MOTION TO EXTEND TIME FOR SBC LLC DBA J M COIN LAUNDRY TO RESPOND TO INITIAL COMPLAINT

__X__   By Mail (F.R.C.P. Rule 5(b)(2)) I served the documents by placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing documents for mailing. On the same day the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage date is more than one day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Susana Mercado_
SUSANA MERCADO

- 4 -

1

## <u>SERVICE LIST</u>

2

File No. MIS-19146

3

4    JASON YOON, ESQ.                              ATTORNEYS FOR PLAINTIFF
     JASON J. KIM, ESQ.                            **KYU HWA BACK**
     **SO. CAL. EQUAL ACCESS GROUP**
5    101 S. WESTERN AVE., SECOND FLOOR
     LOS ANGELES, CA 90004
6

     EMAIL: scalequalaccess@yahoo.com
7

8    PHONE: (213)252-8008
     FAX:     (213)252-8009
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.:  2:19-CV-05895-CJC-JPR